**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ricky DARDEN, Defendant–Appellant.**

No. 01–6395.

United States Court of Appeals,
Fourth Circuit.

Submitted May 31, 2001.

Decided June 11, 2001.

Ricky Darden, pro se. Brent Jefferson Gurney, Assistant United States Attorney, Greenbelt, MD, for appellee.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Ricky Darden appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000), and a subsequent order denying his motion for a certificate of appealability. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United*

*States v. Darden,* Nos. CR–93–447; CA–99–2874–PJM (D. Md. filed Nov. 30, 2000, entered Feb. 8, 2001; filed Mar. 1, 2001, entered Mar. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*